Piyush Paleja,

            Plaintiff-Appellant,

   v.

KP NY Operations LLC,

            Respondent-Appellee.

Docket No.: 21-286

REPLY IN FURTHER SUPPORT
OF MOTION TO REMOVE
APPEAL FROM
<u>EXPEDITED CALENDAR</u>

Defendant-Appellee KP NY Operations LLC (hereinafter "KPNY" or "Appellee") respectfully submits this reply in further support of its motion, pursuant to Fed. R. App. P. 27 and Local Rules 27.1(f) and 31.2(b)(2), for an Order to remove the instant appeal from the Expedited Appeals Calendar ("XAC") for good cause, as set forth below, and for a 56-day extension of time, from April 30, 2021 to June 25, 2021, to file Appellee's brief in opposition pursuant to Local Rule 31.2(a)(1)(A) (hereinafter referred to as the "Motion").

Plaintiff-Appellant Piyush Paleja's (hereinafter "Paleja") primary argument in opposition to the Motion (on the grounds that KPNY seeks to rely on materials outside the pleadings and have "little or nothing" to do with the "narrow issues" presented by this appeal) is meritless.

As set forth in KPNY's moving papers, *de novo* review applies on this appeal, and this Court is not required to defer to the reasoning and decision of the district court. <u>See</u> <u>Sapio v. Selux Corp.</u>, No. 20-CV-1538, 2021 WL 1568819, at *1 (2d Cir Apr. 22, 2021). The Second Circuit may also consider documents attached to the complaint or incorporated by reference. <u>See</u> <u>Cavello Bay Reins. Ltd. v Shubin Stein</u>, 986 F.3d 161, 165 (2d Cir 2021) (citations omitted).

Crucially, the Second Circuit may also take judicial notice "of documents filed in other courts ... to establish the fact of such litigation and related filings." See Odums v Greenpoint Mtge. Funding, Inc., 831 Fed Appx 32, 33 (2d Cir 2020) (citing Kramer v. Time Warner Inc., 937 F.2d 767, 774 (2d Cir. 1991)).

Accordingly, KPNY respectfully submits that Paleja's objection is not viable. KPNY is entitled to have this Court review and determine the sufficiency of the pleadings anew, and this Court has the unequivocal power to consider arguments related to both any documents attached to the complaint or incorporated by reference as well as any documents filed in other courts.

Because Paleja's sole objection to the foregoing has no basis, since Paleja otherwise does not object to an enlargement of time to submit KPNY's brief in opposition, and for all of the reasons raised in both these papers and KPNY's moving papers, KPNY respectfully requests that this Court enter an Order removing the instant appeal from the XAC and providing for a 56-day extension of time from April 30, 2021 to June 25, 2021, to file Appellee's opening brief pursuant to Local Rule 31.2(a)(1)(A).

Dated: Lake Success, New York
  April 26, 2021        Respectfully submitted,

           **MILMAN LABUDA LAW GROUP PLLC**
           /s/ Emanuel Kataev   
           Emanuel Kataev, Esq.
           3000 Marcus Avenue, Suite 3W8
           Lake Success, NY  11042-1073
           (516) 328-8899 (office)
           (516) 303-1395 (direct dial)
           (516) 328-0082 (facsimile)
           emanuel@mllaborlaw.com