# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-two,

Before:     José A. Cabranes,
                Gerard E. Lynch,
                Denny Chin,
                    *Circuit Judges,*

Piyush Paleja,

        Plaintiff - Appellant,

v.

KP NY Operations LLC, AKA Kailash Parbat,

        Defendant - Appellee.

**STATEMENT OF COSTS**

Docket No. 21-286

IT IS HEREBY ORDERED that costs are taxed in favor of the Appellee in the amount of $36.60.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/08/2022